IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DON CORNELIUS PURIFOY,             )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )     CV-99-S-0190-S
                                   )
STATE OF ALABAMA,                  )
                                   )
        Defendant.                 )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 24, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b)(1) and (2). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

DATED this 23rd day of December, 2002.

_____
United States District Judge